RECEIVED
CHARLOTTE, N.C.
SEP 01 2009
Clerk, U.S. Dist. Court
W. Dist. of N.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:09mj131 |
| vs. | |
| JERI MICHELLE SMITH | |

## MOTION AND ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Western District of North Carolina hereby dismisses the **Material Witness Complaint** filed in this case as to defendant **Jeri Michelle Smith**.

ADAM MORRIS
Assistant U.S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

9/3/09
DATE

UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
AUSA Thomas T. Cullen
Ed Miller, U.S. Marshals Service
Roderick Davis, Attorney for Jeri Michelle Smith